UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                    Chapter 13

    CLARA DIAZ

                                          Case No. 15-40072-cec

    Debtor(s).

-----------------------------------------------------------x

## **LOSS MITIGATION REQUEST – BY THE DEBTOR**

I am a Debtor[1] in this case. I hereby request Loss Mitigation with respect to

91-54 112TH STREET, RICHMOND HILL, NY  11418

Loan # 1579

SELENE FINANCE
9990 RICHMOND AVENUE, SUITE 400 SOUTH, HOUSTON, TX 77042-8500

PETER T. ROACH & ASSOCIATES P.C., 125 MICHAEL DRIVE, SUITE 105, SYOSSET, NY 11791


**SIGNATURE**

I have reviewed the Loss Mitigation Program Procedures, and I understand that if the Court orders Loss Mitigation in this case, I will be bound by the Loss Mitigation Program Procedures. I agree to comply with the Loss Mitigation Program Procedures, and I will participate in Loss Mitigation in good faith. I understand that Loss Mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation period.

The Debtor hereby permits the Creditor listed above to contact (check all that apply):

    ☐ The Debtor directly.
    X Debtor's bankruptcy counsel.
    ☐ Other: _____.


Sign: /s/ Brian McCaffrey          Date: January 14, 2015

Print Name:                 Brian McCaffrey

Telephone Number:       (718) 480-8280

E-mail address (if any):    info@mynylawfirm.com

---

[1] Unless otherwise provided herein, all capitalized terms are defined in the Southern District of New York's Loss Mitigation Program Procedures. The Loss Mitigation Program Procedures' definition of "Debtor" includes joint debtors.