HEARING DATE AND TIME: APRIL 23, 2015
AT 2:00 P.M. (EST)

**BRIAN MCCAFFREY ATTORNEY AT LAW, P.C.**
Brian McCaffrey, Esq.
88-18 Sutphin Blvd., 1st Floor
Jamaica, NY 11435
Tel: (718) 480-8280
Fax: (718) 480-8279
Email: info@mynylawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
**In re:**

                                                  **Chapter 13**

**Clara Diaz**                                       **Case No. 15-40072-cec**
                **Debtor.**
---------------------------------------------------------x

**NOTICE OF MOTION FOR ORDER CONVERTING THIS CASE FROM A CASE**
**UNDER CHAPTER 13 TO A CASE UNDER CHAPTER 11 OF 11 U.S.C. §§ 101 et seq**

**PLEASE TAKE NOTICE** that upon the annexed Application of Brian McCaffrey, Esq., dated March 23, 2015, Clara Diaz, the debtor herein (the "Debtor"), by his attorneys Brian McCaffrey Attorney at Law, P.C., will move before the Honorable Carla E. Craig, United States Bankruptcy Judge, at the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201 on the **23rd day of April, 2015, at 2:00 P.M.**, at Courtroom 3529, or as soon thereafter as counsel can be heard for an order converting this case from a case under Chapter 13 to a case under Chapter 11 of 11 U.S.C. §§ 101 et seq.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, shall be served upon counsel for the Movant at the address indicated below and filed with the Court utilizing the Court's electronic filing system no later than three business days prior to the return date hereof.

DATED:   Queens, New York
         March 23, 2015

                                  **BRIAN MCCAFFREY ATTORNEY AT LAW, P.C.**
                                  Attorneys for Debtor

                                  **By:   /s/ Brian McCaffrey**

                                  Brian McCaffrey, Esq.
                                  88-18 Sutphin Blvd., 1st Floor
                                  Jamaica, NY 11435
                                  Tel: (718) 480-8280
                                  Fax: (718) 480-8279

To:

**United States Trustee**
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201


**Michael J. Macco, Esq.**
**Chapter 13 Trustee**
135 Pinelawn Road, Suite 120 South
Melville, NY 11747