**HEARING DATE AND TIME: APRIL 23, 2015**
**AT 2:00 P.M. (EST)**

**BRIAN MCCAFFREY ATTORNEY AT LAW, P.C.**
Brian McCaffrey, Esq.
88-18 Sutphin Blvd., 1st Floor
Jamaica, NY 11435
Tel: (718) 480-8280
Fax: (718) 480-8279
Email: info@mynylawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
**In re:**

        **Clara Diaz**
             **Debtor.**
---------------------------------------------------------x

        **Chapter 13**
        **Case No. 15-40072-cec**

**APPLICATION FOR ORDER CONVERTING THIS CASE FROM A CASE UNDER**
**CHAPTER 13 TO A CASE UNDER CHAPTER 11 OF 11 USC §§ 101, et seq.**

**TO THE HONORABLE CARLA E. CRAIG,**
**UNITED STATES BANKRUPTCY JUDGE:**

Antonio Cerrato, the debtor herein (the "Debtors"), by their attorneys, Brian McCaffrey Attorney at Law, P.C., respectfully represent:

1. On January 8, 2015, the Debtor filed a petition for reorganization under Chapter 13 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of New York.

2. The 341 Meeting of Creditors has previously been adjourned and is currently scheduled for April 15, 2015.

3. By this application, the Debtors seek an order, pursuant to 11 U.S.C. § 1307(d), converting this case from a case under Chapter 13 of the Bankruptcy Code, to a case under Chapter 11 of the Bankruptcy Code.

4. The Debtor had sought bankruptcy protection under Chapter 13 of Title 11 of the United States Code on January 8, 2015. However the debtor is not eligible for Chapter 13 as her debts exceed the statutory limits as imposed by section 109(e) of the Code.

5. The Debtor's bankruptcy case has not previously been converted.

6. Annexed hereto as Exhibit A is a Proposed Order for the conversion.

**WHEREFORE**, the Debtors respectfully request that this Court grant the relief requested and grant such other and further relief as the Court deems just and proper.

DATED:   Queens, New York
         March 23, 2015

**BRIAN MCCAFFREY ATTORNEY AT LAW, P.C.**
Attorneys for Debtor

**By:   /s/ Brian McCaffrey**
―――――――――――――――――――
Brian McCaffrey, Esq.
88-18 Sutphin Blvd., 1st Floor
Jamaica, NY 11435
Tel: (718) 480-8280
Fax: (718) 480-8279