**Brian McCaffrey**
Attorney at Law, P.C.

ASSOCIATES
Evelyn Abiola

OF COUNSEL
James K. Grace
Also admitted in New Jersey

88-18 Sutphin Blvd. Jamaica, N.Y. 11435     Tel: 718-480-8280   Fax: 718-480-8279

Via ECF
Hon. Carla E. Craig
U.S. Bankruptcy Court, EDNY
271 Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

March 25, 2015

RE:    Clara Diaz

Chapter 7 Case No. 15-40072-cec

Honorable Craig:

My office represents Clara Diaz, the debtor in the above referenced matter. Our office is withdrawing the Loss Mitigation request made on January 14th, 2105 with Creditor Selene Finance filed under document number 8. A motion has been submitted and we are awaiting the order for this case to be converted to a Chapter 11. Respectfully, we request the matter be removed from the calendar.

Yours,
/s/ Brian McCaffrey

_____
Brian McCaffrey, Esq.